# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HORTON,<br><br>    Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; et al.,<br><br>    Defendants. | Case No. 21-cv-400-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO PERMIT DEPOSITION TO OCCUR AFTER DISCOVERY CUTOFF**<br><br>**[ECF 32]** |

On January 28, 2022, the partied filed a Joint Motion seeking leave of Court to complete the noticed Rule 30(b)(6) deposition of the County after the February 8, 2022 fact discovery deadline, but no later than February 22, 2022. (ECF 32.) The Joint Motion explains the parties will not be able to complete this deposition by the February 8, 2022 fact discovery deadline because of a new topic added in late January, unavailability of certain individuals identified for certain topics, and other scheduling issues. Good cause appearing, the Joint Motion is **GRANTED**. The parties may complete the identified Rule 30(b)(6) deposition of the County after the February 8, 2022 fact discovery deadline, but no later than **February 22, 2022**.

    IT IS SO ORDERED.

Dated: February 7, 2022

Hon. Bernard G. Skomal
United States Magistrate Judge