CLAUDIA G. SILVA, County Counsel (State Bar No. 167868)
By  STEVEN P. INMAN, II, Senior Deputy (State Bar No. 227748)
    JENNIFER M. MARTIN, Senior Deputy (State Bar No. 322048)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 531-6417; Fax: (619) 531-6005
E-mail: steven.inman@sdcounty.ca.gov

Attorneys for Defendants County of San Diego and Jacob MacLeod

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Michelle Horton,<br><br>    Plaintiff,<br><br>    v.<br><br>County of San Diego; Evan Sobzcak; Jacob MacLeod; Unknown San Diego Sheriff's Department Personnel; City of La Mesa; Unknown La Mesa Police Department Personnel,<br><br>    Defendants. | No. 21-cv-400-H-BGS<br><br>**JOINT STATUS REPORT** |

Pursuant to the Court's March 21, 2023 order [ECF No. 63], the parties provide the following update to the Court regarding the status of this matter:

On February 23, 2023, the parties reached a conditional settlement of this matter at a mandatory settlement conference before the Honorable Michael S. Berg.  The settlement was subject to the approval of the County of San Diego Board of Supervisors, which approved the settlement on March 14, 2023.

/ / /

/ / /

/ / /

The parties are in the process of finalizing the settlement agreement and joint motions for dismissal, which they expect to be able to file by the end of next week.

DATED:  March 23, 2023          CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, SENIOR DEPUTY
Attorneys for Defendants County of San Diego and Jacob MacLeod

DATED: March 23, 2023           SINGLETON SCHREIBER, LLP

By: s/KIMBERLY TRIMBLE
Attorneys for Plaintiff Michelle Horton

**SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual of the United States District Court for the Southern District of California, I certify that the content of this document is acceptable to counsel for all parties and that I have obtained authorization for all of the foregoing signatories to affix their electronic signature to this document.

DATED:  March 23, 2023          CLAUDIA G. SILVA, County Counsel

By: s/STEVEN P. INMAN, II, Senior Deputy
Attorneys for Defendants County of San Diego and Jacob MacLeod