# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HORTON,<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; EVAN SOBZCAK; JACOB MACLEOD; UNKNOWN SAN DIEGO SHERIFF'S DEPARTMENT PERSONNEL; CITY OF LA MESA; and UNKNOWN LA MESA POLICE DEPARTMENT PERSONNEL,<br><br>　　　　　　　　　　Defendants. | Case No.: 21-cv-00400-H-BGS<br><br>**ORDER GRANTING JOINT MOTION TO DISMISS DEFENDANT JACOB MACLEOD WITH PREJUDICE**<br><br>[Doc. No. 65.] |

　　　　On April 3, 2023, Plaintiff Michelle Horton and Defendant Jacob MacLeod filed a joint motion to dismiss Defendant MacLeod from the action, in its entirety, with prejudice pursuant to Federal Rule of Civil Procedure 41(a).  (Doc. No. 65.)  In the joint motion, the parties represent that they waive any all claims to attorneys' fees and costs and will bear their own attorneys' fees and costs in the action.  (Id.)

　　　　For good cause shown, the Court grants the parties' joint motion to dismiss.  The Court dismisses Defendant MacLeod from the action with prejudice and with each party to bear their own attorneys' fees and costs in the action.  The action will proceed on Plaintiff's

remaining claims against Defendant County of San Diego.[1]

**IT IS SO ORDERED.**

DATED: April 10, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT

---

[1] On September 23, 2021, the Court granted Defendant City of La Mesa's motion for judgment on the pleadings, and the Court dismissed Defendant City of La Mesa from the action with prejudice. (Doc. No. 26 at 8.) On March 21, 2022, the Court dismissed Defendant Evan Sobczak from the action without prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 37.) As such, Defendant County of San Diego is the only remaining named defendant in this action.