UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHELLE HORTON,<br><br>        Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO; EVAN SOBZCAK; JACOB MACLEOD; UNKNOWN SAN DIEGO SHERIFF'S DEPARTMENT PERSONNEL; CITY OF LA MESA; and UNKNOWN LA MESA POLICE DEPARTMENT PERSONNEL,<br><br>        Defendants. | Case No.: 21-cv-00400-H-BGS<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL AND DIRECTING THE CLERK TO CLOSE THE CASE**<br><br>[Doc. No. 69.] |

  On September 23, 2021, the Court granted Defendant City of La Mesa's motion for judgment on the pleadings without leave to amend, and the Court dismissed Defendant City of La Mesa from the action with prejudice. (Doc. No. 26 at 8.) On March 21, 2022, the Court dismissed Defendant Evan Sobzcak from the action without prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 37.) On April 10, 2023, the Court dismissed Defendant Jacob MacLeod with prejudice pursuant to the parties' joint motion to dismiss. (Doc. No. 68.)

  On April 9, 2023, Plaintiff Michelle Horton and Defendant County of San Diego filed a joint motion to dismiss Defendant County of San Diego and the entire action with

prejudice. (Doc. No. 69.) In the joint motion, the parties specifically request that the Court enter an order: (1) dismissing Defendant County of San Diego with prejudice; (2) dismissing the action with prejudice, in its entirety; and (3) providing that the parties waive any and all claims to attorneys' fees and costs and will bear their own attorneys' fees and costs in the action. (Id.)

For good cause shown, the Court grants the parties' joint motion to dismiss. The Court dismisses Defendant County of San Diego with prejudice, and the Court dismisses the action with prejudice, in its entirety. The parties will bear their own attorneys' fees and costs with respect to the action. The Clerk is directed to close the case.

**IT IS SO ORDERED.**

DATED: May 9, 2023

MARILYN L. HUFF, District Judge
UNITED STATES DISTRICT COURT